# EXHIBIT 2

# What are prediction markets?

Kalshi is the first regulated exchange where you can buy and sell contracts on the outcome of events. Contract prices reflect the view of traders as to the chances of the event happening. Each contract is worth $1 if you're right.

The NYSE and Kalshi both deal in markets, but with a key difference: what's being traded. The NYSE is a traditional stock exchange where you buy and sell shares of ownership in companies. Kalshi, on the other hand, is a prediction market. Here, you trade contracts based on whether specific events will happen, like "Will interest rates rise in the next quarter?" Think of it like predicting the future, with the price of the contracts reflecting the collective prediction of the market participants. This allows Kalshi to tap into a wider range of possibilities than just company performance.

## Expansive Trading Opportunities on Kalshi

Kalshi stands out as a pioneering platform that goes beyond traditional financial markets, offering its traders the ability to engage with a broad and diverse range of trading topics. This includes everything from the fluctuating spheres of entertainment and culture to the more predictable metrics of company performance, not to mention the uncertain outcomes of legal and political arenas. Here's a closer look at the variety of options available:

## Elections, Legal and Political Outcomes

Elections, Legal battles and political decisions can have far-reaching impacts on society and the economy. Kalshi gives users the ability to engage with these outcomes through a trading lens, including:

- **Elections**: Elections, can significantly impact markets as they influence policy decisions, regulatory changes, and investor confidence.
- **High-Profile Court Cases**: Such as the implications of the Biden administration's actions on free speech or the potential forced divestiture of companies like TikTok

- **Legislative and Regulatory Changes**: Predictions on new laws, regulations, and their implications for industries and the broader society



## Cultural and Entertainment Predictions

For those with a keen interest in the entertainment industry, Kalshi offers a unique chance to forecast and take positions on significant cultural events. Whether you're predicting which movie will snag the Oscar for Best Picture, which artist will dominate the Grammy Awards, or which song will climb to the top of the Billboard Hot 100, Kalshi turns your insights into potential profits.

- **Awards Shows**: Oscars, Grammys, Emmys
- **Music Charts**: Predict the next Billboard Hot 100 leader
- **Rotten Tomatoes Scores**: Trade on how critics view movies and how successful they will be when they premiere

2



## Company and Technology Forecasts

Kalshi recognizes the fast-paced nature of the tech world and offers traders the opportunity to speculate on various outcomes within the industry. From the automotive sector's advancements to the ever-evolving realm of digital streaming and AI developments, traders can place bets on:

- **Automotive Milestones**: The number of vehicles Tesla delivers in a quarter
- **Streaming Wars**: Subscriber growth battles among platforms like Netflix
- **Tech Innovations**: Predict which Large Language Model (LLM) will be at the forefront by the year's end

3



## Economic, Environmental, and Social Events

The uncertainties and fluctuations in global economic indicators, environmental changes, and societal shifts offer fertile ground for prediction markets. Kalshi allows traders to wager on:

- **Economic Indicators**: Potential recessions, unemployment rates, and interest rate movements
- **Environmental and Weather Events**: Natural disasters, climate change impacts, and specific weather event outcomes
- **Social Movements and Trends**: Outcomes of mass social movements or significant social trend shifts

4



Kalshi's diverse range of trading options ensures that no matter where your interests or expertise lie, you can find a market that appeals to you. From the serious and impactful to the cultural and entertaining, Kalshi transforms the act of prediction into an engaging, inclusive experience for traders of all backgrounds.

