# EXHIBIT 5

# Withdraw Funds

# Security Holds

**Withdrawal Hold Periods**

For security, we place temporary holds on deposited funds before they're available for withdrawal. The hold duration depends on your deposit method:

**Debit Card Deposits:**

- Available for withdrawal after **3 days**

**Bank Transfer Deposits:**

- Withdrawing to the **same bank:** Available after **7 days**
- Withdrawing to a **different bank:** Available after **30 days**

These security holds help protect your account and ensure safe transactions.

? Referral FAQs  >

2

# Debit Card Withdrawals

To begin the process of a debit card withdrawal, first make sure that all funds you wish to withdraw are in your 'cash' balance. After that the process is very straightforward.

1. Navigate to the "transfers' tab by selecting the drop down menu in the top right corner.
2. Select 'Withdraw from Kalshi.'
3. Select 'Debit Card' as the withdrawal method.
4. Choose the debit card you wish to withdraw the funds to.
   a. It is important to note there is a $2 fee associated with withdrawing via card.
5. Complete the transaction.
   a. Funds should arrive back to the card within 30 minutes of the withdrawal completion.

> ⓘ  There is a $2,500 daily withdrawal limit via Debit Card.

❓ Referral FAQs  &gt;

# Bank Withdrawals

To begin the process of a bank account withdrawal, first make sure that all funds you wish to withdraw are in your 'cash' balance. After that, the process is very straightforward.

1. Navigate to the "transfers' tab by selecting the drop-down menu in the top right corner.
2. Select 'Withdraw from Kalshi.'
3. Select 'Bank Transfer' as the withdrawal method.
4. Choose the linked bank account you wish to withdraw the funds into.
5. Complete the transaction.

> ⓘ No limits and no fees! Can take 3-4 business days for funds to show up in your bank account.

 Referral FAQs >

# Crypto Withdrawals

To begin the process of a crypto withdrawal, first make sure that all funds you wish to withdraw are in your 'cash' balance. After that the process is very straightforward.

1. Navigate to the "transfers' tab by selecting the drop down menu in the top right corner.
2. Select 'Withdraw from Kalshi.'
3. Select 'Crypto' as the withdrawal method.
4. Follow the steps provided by ZeroHash to transfer funds back to your wallet address.
5. Complete the transaction.
    a. Funds should arrive back to the wallet within 30 minutes of the withdrawal completion.



? Referral FAQs                                           >

ⓘ In order to withdraw via crypto, a crypto deposit is required to have been made in the past.