# EXHIBIT 6

# Market Rules

## Market Rules and Summary

Each market operates under its own set of regulations which are documented on the markets page. These rules explain the criteria and procedures that determine the market's functionality.

There is a comprehensive rules summary available that provides clarity by detailing the specific outcomes required for a strike to be successful. It elaborates on the conditions under which an outcome would meet the necessary criteria for a strike to win.

This summary includes information about the outcome verification source, which ensures the integrity and reliability of the result. This verification source acts as an authoritative point of reference to confirm the legitimacy of the strike outcome, ensuring transparency and trust for all traders.

> ⓘ All markets are thoroughly reviewed by our markets team, and the outcomes will be determined when decided that resolution criteria has been met. A market remaining open or undetermined is in no way an indication of the resolution criteria being met or not being met



## Rules summary for
Grok ⌄

If xAI has the top-ranked LLM on Feb 28, 2025, then the market resolves to Yes. Outcome verified from Chatbot Arena LLM Leaderboard.

A tie would resolve to No. To be clear, this refers to the "Rank (UB)" column of the leaderboard, not the Arena Elo Score proper. Note: this event is mutually exclusive.

Learn more

View full rules    Read more

📅 **Timeline and payout**                                              ⌃

| | | |
|---|---|---|
| Opened | Feb 6, 2025 | 10:00am EST |
| Closes | Feb 28, 2025 | 10:00am EST |
| Pays out | Feb 28, 2025 | 11:00am EST (Projected) |

This market is cleared through Kalshi Klear.

Series KXLLM1    Event KXLLM1-25FEB28    Market KXLLM1-25FEB28-XAI

## Finding Market Rules



✱Make sure to read market rules before trading!

? Referral FAQs ›

# Rules Summary

Each market includes a rules summary that can be filtered by different strikes. This summary outlines the value being measured, the timeline for the prediction market, and the verification source used by Kalshi for determining outcomes. It is always important to read the rules summary for a market before trading on it, as it contains the essential information traders should be aware of before trading.

### Rules summary for                                    Learn more

**56° to 57° ∨**

If the highest temperature recorded in Central Park, New York for March 06, 2025 as reported by the National Weather Service's Climatological Report (Daily), is between 56-57°, then the market resolves to Yes. Outcome verified from NWS Climatological Report.

Not all weather data is the same. While checking a source like AccuWeather or Google Weather may help guide your decision, the official and final value used to determine this market is the highest temperature as reported by the corresponding NWS...

Example of a rules summary within a given market.

> ⓘ This is just a summary of the market and the information related to it. Rules summaries do not contain the entire text of the full rules. The full rules to any market can be viewed below the summary by selecting "View full rules."

4

# Additional Details

Make sure to also check the additional details where clarifications about the interpretation of the full rules might be posted. The markets team will add additional details when traders are confused about the interpretation of the full rules.

Example of additional details (shown in red box here) for a market.

ⓘ  Kalshi has no responsibility to add additional details to a market page, but may add to a market upon their discretion.

# Timeline and Payout

Each market has a "Timeline and Payout" section which informs traders when a given market opened, closes, and is expected to payout. There are two different types of closings that a market may have:

- Closure when the outcome occurs
- Closure at a listed date and time

It is important to read timeline and payout information before trading, and to determine which type of closure that market has.

You can find the full description of the closing time for each market in the grey text below the "Pays out" line.

An example of the Timeline and Payout section of a market.