# EXHIBIT 8



Kalshi  Trending  New  All  Politics  Sports  Culture  Crypto  Climate  Economics  Mentions  Companies  Financ  Log in  Sign up

# Help us build a new asset class

**View open positions**

Kalshi seeks to build the largest financial exchange on the planet. The derivatives market is enormous — it covers $1 quadrillion by some estimates. As the first legal prediction market in the U.S., Kalshi is expanding this space with event contracts.

These contracts let people trade directly on sports, politics, economics, weather, AI, and other outcomes that shape their lives. It's the next logical step in the industry's continuing evolution, and we're scaling fast—fueled by innovation and collective insight. We're not just redefining finance; we're building what could become the largest financial sector in the world.

## We partner with leading organizations to expand access to prediction markets.

    


Robinhood


Coinbase


Phantom


CNN


CNBC

Solana

Google Finance

NHL

StockX

20+ WIP

## We have raised over $1B from world-class investors.

Sequoia, A16Z, Y Combinator, Neo, Multicoin Capital, SV Angel, Charles Schwab, Henry Kravis, and more.

# How event contracts work

Kalshi's event contracts let you trade on real-world outcomes that matter to you using simple yes-or-no questions. Will Donald Trump win the election? Will Philadelphia win the title? Will BTC hit 150K? Will Beyoncé drop a new album?

Prices range from $0.01 to $0.99, reflecting how likely the market thinks an event is to happen. Prices move as predictions shift, right up until the contract expires. And you're free to buy in or sell out at any time to lock in gains or cut losses—just like trading a stock. If the event happens by the contract's expiration date, it pays $1. If not, it pays $0.

Best of all, everything is fully regulated by the CFTC, so you can trade with confidence.

# Our values

### Climb the Steeper Mountain

Dream big, be optimistic, and don't compromise. We're not just building another marketplace; we're creating a new asset class and the next financial inflection point.

### Steep Mountains are Steep

Plan Deliberately, Climb Ferociously

No Free Lunch

It's Yours, Make it Work

## Benefits & wellness

- Competitive salary and equity
- Comprehensive health, dental & vision insurance
- 401(k) retirement savings plan
- In-office meals and team get-togethers

## Join our team

Building a new category isn't easy—but it's incredibly rewarding. We keep things simple: hire great people, work hard, and enjoy the journey.

Please be aware of fraudulent job postings or outreach claiming to represent Kalshi. Official communication will always come from a @kalshi.com email address. We will never ask for personal financial information, payment, or account credentials during the hiring process.

### Policy & Business Development    2

### Growth    4


